UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ULADZUSLAU "VLAD" ZHLUKTSIONAK,<br>Plaintiff,<br>v.<br>REDDIT, INC.,<br>Defendant. | Case No. 25-cv-08685-LB<br><br>**DISCOVERY ORDER**<br>Re: ECF Nos. 40, 41, 42, 43 |

## INTRODUCTION

The parties have multiple discovery disputes in this wrongful termination case. Defendant Reddit moves to compel the plaintiff to supplement his responses to written discovery, produce all responsive documents within his control or possession, serve a privilege log, and execute an authorization for his medical records from the plaintiff's treating psychologist, who Reddit has served with a document subpoena.[1] Reddit also requests sanctions for the plaintiff's discovery conduct to date, including his failure to provide discovery responses by agreed-upon deadlines and

[1] July 31, 2026, Letter Br. – ECF No. 40 at 1–4; Sharma Decl. – ECF No. 40-1 at 6 (¶ 27). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

United States District Court
Northern District of California

his filing of a document on defense counsel's letterhead without consent.[2] The plaintiff opposes the motion.[3]

The parties have met and conferred three times, including a video conference on July 22, 2026, but have been unable to resolve their disputes.[4] The court can decide the dispute without oral argument. Civil L.R. 7-1(b).

Reddit's motion to compel is granted in part and denied in part.

The motion is granted as to the written discovery requests. The plaintiff has waived his objections to Special Interrogatories Nos. 2 and 4 and to Reddit's first set of Requests for Production by serving late responses, without seeking or stipulating to an extension. The plaintiff must serve supplemental responses to each of the identified discovery requests below within fourteen days of this order. The plaintiff also must serve a privilege log, compliant with this court's standing order, within fourteen days of this order.

The motion is denied without prejudice as to the subpoena authorization. The dispute is premature. The parties are ordered to meet and confer within one week of this order regarding the scope of the authorization. If they are unable to reach agreement, the parties may submit a joint discovery letter brief on the issue for the court's attention.

Reddit's request for sanctions is denied without prejudice. The record does not reflect bad faith on the part of the plaintiff that would warrant sanctions. If the plaintiff fails to comply with the directives in this order, Reddit may renew its request for sanctions.

## STATEMENT

### 1. Reddit's First Set of Special Interrogatories and Requests for Production

On May 19, 2026, Reddit served its first set of special interrogatories and requests for production on the plaintiff. The plaintiff's responses to both sets of discovery requests were due

---

[2] July 31, 2026, Letter Br. – ECF No. 40 at 2–3; Suppl. Letter Br. – ECF No. 42 at 2.

[3] Aug. 4, 2026, Letter Br. – ECF No. 43.

[4] July 31, 2026, Letter Br. – ECF No. 40 at 1.

United States District Court
Northern District of California

by June 18, 2026. When the plaintiff did not serve his responses or seek an extension by the deadline, Reddit sent the plaintiff a letter stating that he had waived his objections and requesting to meet and confer. Reddit asked the plaintiff to provide his discovery responses, without any objections, by June 29, 2026.[5]

On June 29, 2026, the plaintiff served his responses to the discovery requests. His counsel explained that the delay was owed to "waiting for our client's verifications."[6] On July 2, 2026, Reddit served two meet-and-confer letters, one addressing purported deficiencies in the plaintiff's interrogatory responses and the other his RFP responses.[7] The plaintiff responded only to the letter seeking supplemental responses to the RFPs. He disagreed that his responses were deficient but represented that he would provide supplemental responses "where clarification is appropriate" and would confirm, after further review, if "additional responsive, non-privileged documents presently known to Plaintiff exist."[8]

On July 8, 2026, the plaintiff served supplemental responses to Reddit's first set of RFPs.[9] Reddit contends that the plaintiff did not serve any new documents with his supplemental responses. The plaintiff did not serve any supplemental responses to Reddit's special interrogatories.[10]

On July 22, 2026, the parties met and conferred via video conference. Reddit contends that the plaintiff represented he would "address" his interrogatory responses that same day (but did not do so) and that he would provide a privilege log by July 24, 2026 (none was served by that date).[11]

---

[5] Sharma Decl. – ECF No. 40-1 at 2–3 (¶¶ 2–3, 8); Ex. A to *id.* – ECF No. 40-2 at 2; Ex. B to *id.* – ECF No. 40-2 at 14; Ex. D to *id.* – ECF No. 40-2 at 30.

[6] Sharma Decl. – ECF No. 40-1 at 3 (¶ 9); Ex. E to *id.* – ECF No. 40-2 at 33; Ex. F to *id.* – ECF No. 40-2 at 35; Ex. G to *id.* – ECF No. 40-2 at 57.

[7] Sharma Decl. – ECF No. 40-1 at 4 (¶ 14); Ex. H to *id.* – ECF No. 40-2 at 79–84.

[8] Sharma Decl. – ECF No. 40-1 at 4 (¶ 15); Ex. I to *id.* – ECF No. 40-2 at 87–88.

[9] Ex. J to Sharma Decl. – ECF No. 40-1 at 90.

[10] Sharma Decl. – ECF No. 40-1 at 4 (¶ 16).

[11] July 31, 2026, Letter Br. – ECF No. 40 at 2–3; Sharma Decl. – ECF No. 40-1 at 5–6 (¶ 23).

United States District Court
Northern District of California

**2. Subpoena Authorization**

On June 24, 2026, Reddit served a subpoena on the plaintiff's psychologist, Dr. Vera Mkrtchian, for the plaintiff's medical records. The subpoena requests:

> Any and all documents, records and/or papers, including any such records stored electronically or by other digital means, that relate, refer, and/or reflect any medical, mental and/or emotional evaluation of and/or treatment offered to and/or received by [the plaintiff] at any time from December 1, 2018, to the present, including but not limited to all primary care records, progress notes, admission forms, dictation reports, chart notes, physician orders, lab records, prescriptions, medication sheets, operative information, special tests, transfer forms, emergency visit records, notes of telephone conversations, appointment and cancellation records, bill records, and records or correspondence.[12]

On July 16, 2026, Dr. Mkrtchian objected to the subpoena on grounds of the psychotherapist-patient privilege, stating that they would not produce "records of [their] assessment of the patient, as well as communications" without an authorization signed by the plaintiff or his legal guardian.[13] The provided authorization states that, if signed, the plaintiff will authorize Dr. Mkrtchian to release the following information, from "inception" to the date the authorization is signed:

> Type(s) of health information: any and all mental health treatment records including counseling, drug and alcohol abuse, diagnosis and treatment, and billing, including all transactions, itemized statements of billing charges, payments, and billing adjustments, including the source of all payments; consolidated statement of benefits; computerized and digitalized records.[14]

Reddit asked the plaintiff to sign the authorization; hearing no response, it followed up on July 20, 2026, and requested the signed authorization by the end of the day. Counsel for the plaintiff responded that the plaintiff would not sign the "broad release."[15]

During the July 22, 2026, meet and confer, Reddit suggested that the authorization could be limited to only those items enumerated in its underlying document subpoena. The plaintiff said

---

[12] Sharma Decl. – ECF No. 40-1 at 2 (¶ 2); Ex. C to *id.* – ECF No. 40-2 at 26.

[13] Sharma Decl. – ECF No. 40-1 at 4 (¶ 17); Ex. K to *id.* – ECF No. 40-2 at 119–121.

[14] Ex. K to Sharma Decl. – ECF No. 40-2 at 123.

[15] Sharma Decl. – ECF No. 40-1 at 5 (¶ 18); Ex. L to *id.* – ECF No. 40-2 at 126.

that he would "get his thoughts" to Reddit on the subpoena authorization by July 23, 2026; Reddit did not hear from the plaintiff on that date.[16]

**3. The Filed Letter Briefs**

After the parties met and conferred on July 22, 2026, Reddit sent the plaintiff an email memorializing their conversation on the above issues and the deadlines the parties purportedly agreed to. The plaintiff did not respond or provide any of the items discussed by the agreed-upon deadlines.[17]

On July 28, 2026, Reddit sent plaintiff's counsel a draft discovery letter brief with Reddit's positions on each of the discovery disputes. Reddit asked the plaintiff to provide his portions of the letter by July 31, 2026, at noon. The plaintiff did not respond or provide his portions of the letter by Reddit's deadline, and Reddit proceeded to file the letter brief without the plaintiff's positions. In addition to the discovery it moves to compel, Reddit also seeks sanctions for the plaintiff's discovery conduct to date.[18]

On August 3, 2026, the plaintiff filed a separate letter brief with his positions on the discovery disputes. The plaintiff appears to have taken the document filed by Reddit on July 31, 2026, and added his positions to it; the document is on defense counsel's letterhead and includes the same text as the July 31, 2026, filing (except for the plaintiff's added positions).[19] Later that same day, Reddit filed a supplemental letter brief concerning the plaintiff's responsive filing. Reddit contends that it did not review or approve the plaintiff's document before it was filed, that the plaintiff's use of defense counsel's name and letterhead without consent violates Civil Local Rule 5-1, and that the plaintiff violated this court's standing order "by failing to provide Plaintiff's portions of the letter within the three day timeframe Defendant gave him to respond, which

[16] Sharma Decl. – ECF No. 40-1 at 6 (¶ 24); July 31, 2026, Letter Br. – ECF No. 40 at 3.

[17] Sharma Decl. – ECF No. 40-1 at 6 (¶ 25); Ex. L to *id.* – ECF No. 40-2 at 126–27.

[18] Sharma Decl. – ECF No. 40-1 at 6 (¶ 26); Ex. L to *id.* – ECF No. 40-2 at 126; July 31, 2026, Letter Br. – ECF No. 40 at 2–3.

[19] Aug. 3, 2026, Letter Br. – ECF No. 41 at 1–11.

necessitated Defendant's filing of the letter on Friday without Plaintiff's portions."[20] Reddit reiterates its request for sanctions in the supplemental letter brief.

On August 4, 2026, the plaintiff filed a "standalone response" to Reddit's discovery positions on its own counsel's letterhead. The standalone response only includes the plaintiff's positions on the discovery disputes, which are substantively the same as those presented in his August 3, 2026, filing.[21]

**LEGAL STANDARD**

Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable. Fed. R. Civ. P. 26(b). "Pretrial discovery is ordinarily accorded a broad and liberal treatment." *Peng v. Nw. Mut. Life Ins. Co.*, No. 17-cv-01760-SI, 2017 WL 3007030, at *1 (N.D. Cal. July 14, 2017) (cleaned up) (quoting *Shoen v. Shoen*, 5 F.3d 1289, 1292 (9th Cir. 1993)). Moreover, "[t]he test for relevance is not overly exacting: evidence is relevant if it has 'any tendency to make . . . more or less probable . . . [a] fact [that] is of consequence in determining the action.'" *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.*, MDL No. 2672 CRB (JSC), 2018 WL 340640, at *1 (N.D. Cal. Jan. 9, 2018) (quoting Fed. R. Evid. 401).

The party moving to compel discovery "has the initial burden of establishing that the information sought is relevant to any party's claim or defense and proportional to the needs of the case." *Impinj, Inc. v. NXP USA, Inc.*, No. 19-cv-03161-YGR (AGT), 2022 WL 16586886, at *2 (N.D. Cal. Nov. 1, 2022) (cleaned up). The party resisting discovery bears the burden of showing that the discovery should not be allowed and of supporting its objections with competent evidence.

[20] Suppl. Letter Br. – ECF No. 42 at 1.

[21] Aug. 4, 2026, Letter Br. – ECF No. 43 at 1–7.

United States District Court
Northern District of California

*Lofton v. Verizon Wireless (VAW) LLC*, 308 F.R.D. 276, 281 (N.D. Cal. 2015). The court must limit discovery that is "unreasonably cumulative or duplicative," obtainable from a less burdensome source, or where the burden "outweighs its likely benefit." Fed. R. Civ. P. 26(b)(1), (b)(2)(C).

Responses to requests for production and interrogatories are due within thirty days of service unless the parties stipulate or the court orders otherwise. Fed. R. Civ. P. 33(b)(2); *id.* 34(b)(2)(A). A party's failure to timely respond to a discovery request means that they waive their right to object, unless the court excuses the failure for good cause. *Id.* 33(b)(4); *Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1473 (9th Cir. 1992) ("[A] failure to object to discovery requests within the time required constitutes a waiver of any objection."); *Davis v. Fendler*, 650 F.2d 1154, 1160 (9th Cir. 1981) ("Generally, in the absence of an extension of time or good cause, the failure to object to interrogatories within the time fixed by Rule 33, FRCivP, constitutes a waiver of any objection.").

**ANALYSIS**

**1. The Parties' Submissions**

The court first addresses the parties' multiple letter briefs and the issues the filings present outside of the parties' discovery disputes.

The first issue is the initial letter brief filed by Reddit on July 31, 2026 (ECF No. 40), which only contains Reddit's positions on the discovery disputes. Reddit contends that it was forced to file the letter brief without the plaintiff's portions because he failed to provide his positions "within the three day timeframe [Reddit] gave him to respond." Reddit further contends that the plaintiff's failure to provide his positions for the letter is a violation of this court's standing order.[22]

The second issue is the document filed by the plaintiff on August 3, 2026 (ECF No. 41), which adds his positions to the unilateral letter brief filed by Reddit. Reddit contends that the plaintiff's filing violates Civil Local Rule 5-1: it appears on defense counsel's letterhead (which defense

---

[22] Suppl. Letter Br. – ECF No. 42 at 1.

counsel did not consent to), it includes defense counsel's name (again, without consent), and it was not reviewed or approved by Reddit before it was filed.[23]

There are legitimate problems with both filings. Reddit's unilaterally filed brief does not comport with this court's standing order for multiple reasons: it is not a joint filing, and it exceeds the standing order's fifteen-page limit on supporting declarations and documentation (it submits over one hundred pages).[24] And nothing in the standing order supports a specific timeframe by which a party must provide their portion of a discovery letter to the other side, let alone a three-day window set by one party alone. The plaintiff's first letter brief (ECF No. 41) is not proper either. The document holds itself out as a jointly filed discovery letter brief: it appears on defense counsel's letterhead, includes both parties' positions on the disputes, and uses defense counsel's name (though the plaintiff removed their signature).[25] To the extent that the document suggests that defense counsel is a signatory, this implicates concerns under Civil Local Rule 5-1(i)(1): defense counsel did not review or approve the document before it was filed and should not be bound to its representations.

For the sake of efficiency, the court will not require the parties to resubmit the discovery disputes in a compliant joint letter brief. The issues presented by the filings are resolved by the following procedures: (1) the court will consider Reddit's positions on the discovery disputes as provided in ECF No. 40, (2) the court will consider the plaintiff's positions on the discovery disputes as provided in ECF No. 43, and (3) the plaintiff's filing at ECF No. 41 is stricken from the record.

Reddit's request for sanctions is denied. There is no evidence of bad faith on the part of the plaintiff; he acted quickly to fix his improper August 3, 2026, filing by submitting a corrective standalone submission on his own counsel's letterhead the next day.[26] Reddit's own errs with its unilaterally filed letter brief balance the scales. The parties are directed to comply with the court's

---

[23] *Id.*; Aug. 3, 2026, Letter Br. – ECF No. 43.

[24] *See generally* Sharma Decl. – ECF No. 40-1; Exs. to *id.* – ECF No. 40-2.

[25] Aug. 3, 2026, Letter Br. – ECF No. 41 at 1–11.

[26] Aug. 4, 2026, Letter Br. – ECF No. 43.

United States District Court
Northern District of California

standing order for any future discovery disputes; failure to do so will result in an order denying the requests without prejudice to the parties resubmitting the issues in a compliant joint filing.

The next sections address the discovery disputes before the court.

**2. The Plaintiff Has Waived His Objections**

As a threshold matter, the plaintiff has waived his objections to Reddit's Special Interrogatories Nos. 2 and 4 and its first set of requests for production. Reddit served the discovery requests on May 19, 2026, making the plaintiff's responses due by June 18, 2026. The plaintiff did not seek an extension, the parties did not stipulate to one, and the plaintiff did not serve his responses until June 29, 2026 (eleven days after the deadline). The plaintiff does not contend that good cause exists for his belated responses, nor do the letter briefs provide any explanation for the delay; his counsel stated only that the delay was the result of "waiting for our client's verifications[.]"[27]

In the absence of showing good cause for his belated responses, the plaintiff has waived his objections to Special Interrogatories Nos. 2 and 4 and Reddit's first set of RFPs. The court analyzes his discovery responses accordingly.

**3. Special Interrogatories**

**3.1 Special Interrogatory No. 2**

Special Interrogatory No. 2 requests the following information:

> IDENTIFY each occasion on which YOU recorded and/or transcribed a conversation YOU had with any colleague(s) while employed by DEFENDANT. "IDENTIFY" as used in this request means to state the date of the conversation, the participants in the conversation, the subject of the conversation, the method of recording/transcribing the conversation, and whether a copy of the transcription exists.[28]

---

[27] Sharma Decl. – ECF No. 40-1 at 3 (¶ 9); Ex. E to *id.* – ECF No. 40-2 at 33.

[28] Ex. B to Sharma Decl. – ECF No. 40-2 at 17.

The plaintiff's response identifies four meetings between March 3, 2025, and March 13, 2025, along with some of the meeting participants and the subject of each meeting. His response also states that he has transcripts for each of the four meetings.[29]

Reddit argues that the plaintiff's response is deficient under Rule 33 because it does not respond in full to the interrogatory: it does not identify "how the conversations were recorded or transcribed; the form of the recordings; and the participants."[30] The plaintiff responds that his response is sufficient because it "identifie[s] the responsive meetings and state[s] whether transcripts exist." He objects to the interrogatory to the extent that it requires him to speculate, provide information outside his personal knowledge, or supply information equally available to Reddit. The plaintiff represents that to the extent Reddit seeks additional information "regarding the recording method, file format, storage medium, or participants," he will supplement his response "after confirming the information reasonably available to him."[31]

The court holds the plaintiff to his representations and grants Reddit's motion to compel. Within fourteen days of this order, the plaintiff must serve a verified supplemental response to Special Interrogatory No. 2 that answers the interrogatory in full, including (1) the method of recording or transcribing and (2) the participants of each identified meeting. His objections to the interrogatory are waived by his late responses: the plaintiff must answer the interrogatory "to the fullest extent possible" based on his personal knowledge, even if some of the requested information is in Reddit's possession.[32] *Kilby v. CVS Pharmacy, Inc.*, No. 09CV2051-MMA(KSC), 2019 WL 977874, at *1 (S.D. Cal. Feb. 28, 2019). If the interrogatory requests information outside of the plaintiff's personal knowledge, he must state this with specificity in his verified response.

### 3.2 Special Interrogatory No. 4

Special Interrogatory No. 4 requests the following:

---

[29] Ex. F to Sharma Decl. – ECF No. 40-2 at 39.

[30] July 31, 2026, Letter Br. – ECF No. 40 at 2.

[31] Aug. 4, 2026, Letter Br. – ECF No. 43 at 2.

[32] *See supra* Section 2.1.

> IDENTIFY all witnesses that support YOUR allegation that YOU were retaliated against, as alleged in YOUR FAC.[33]

The plaintiff identifies four witnesses in response to the interrogatory.[34] Reddit again argues that the plaintiff's response is deficient under Rule 33 because it does not respond in full to the interrogatory; it contends that while the response identifies the names of four witnesses, the interrogatory also demands the facts supporting each witness's knowledge of the alleged retaliation.[35] The plaintiff responds that his response is sufficient because it identifies "the individuals presently known to have information relevant to his retaliation claims." He objects to the interrogatory to the extent it "demands an exhaustive narrative of every evidentiary fact, document, communication, or legal theory supporting each witness's knowledge."[36]

Although the plaintiff's objections are waived by his late response, the court agrees that Special Interrogatory No. 4 does not require an exhaustive narrative supporting each witness's knowledge. As written, the interrogatory only asks for identification of the witnesses supporting the plaintiff's retaliation claims; it does not request the underlying facts supporting each witness's knowledge thereof. That said, the plaintiff represented that he "will supplement his response with a concise statement describing the subject matter of each identified witness's knowledge to the extent additional nonprivileged information is reasonably available."[37] The court holds the plaintiff to his representations: within fourteen days of this order, the plaintiff must supplement his response to Special Interrogatory No. 4 to provide a concise statement describing the subject matter of each identified witness's knowledge.

---

[33] Ex. B to Sharma Decl. – ECF No. 40-2 at 17.

[34] Ex. F to Sharma Decl. – ECF No. 40-2 at 42.

[35] July 31, 2026, Letter Br. – ECF No. 40 at 2.

[36] Aug. 4, 2026, Letter Br. – ECF No. 43 at 2.

[37] *Id.*

United States District Court
Northern District of California

**4. Requests for Production**

**4.1 RFP Nos. 4–5, 7, 9–11, 16, 23–32, 36–39, 41, and 43**

Reddit moves to compel the plaintiff to supplement his responses to RFP Nos. 4–5, 7, 9–11, 16, 23–32, 36–39, 41, and 43 and to produce all responsive documents. It argues that the plaintiff has not objected to the requests and that his supplemental responses are deficient: the plaintiff's responses all state that he "will comply with this request" without representing that his production is complete, and some of his supplemental responses include Bates numbers of already-produced documents.[38] Reddit contends that it asked the plaintiff during the July 22, 2026, meet and confer to advise if his production was complete and to produce all responsive documents by July 24, 2026.[39] The plaintiff does not represent that he has done so.

The plaintiff offers to supplement his responses to identify (1) whether responsive documents have already been produced, (2) whether additional responsive documents are being collected, and (3) whether no additional responsive documents were located following a reasonable search. He objects to any suggestion that his responses stating he "will comply" constitute an admission that additional responsive documents exist.[40]

Reddit's motion to compel is granted. Within two weeks of this order, the plaintiff must produce all responsive documents to RFP Nos. 4–5, 7, 9–11, 16, 23–32, 36–39, 41, and 43 and, in response to each request, (1) identify all responsive documents by Bates number and (2) confirm that production is complete. If no additional responsive documents are found following a reasonable search, the plaintiff must confirm this in his response.

**4.2 Supplemental Responses to RFP Nos. 8, 14, and 15**

RFP Nos. 8, 14, and 15 seek documents related to any lawsuits or administrative proceedings filed by the plaintiff in the last ten years (RFP No. 8), employment records since his separation from Reddit (RFP No. 14), and financial records, including documents reflecting any income or

---

[38] Sharma Decl. – ECF No. 40-1 at 5 (¶ 20); July 31, 2026, Letter Br. – ECF No. 40 at 2.

[39] July 31, 2026, Letter Br. – ECF No. 40 at 2.

[40] Aug. 4, 2026, Letter Br. – ECF No. 43 at 3.

United States District Court
Northern District of California

unemployment benefits received by the plaintiff since his separation from Reddit (RFP No. 15).[41] Reddit contends that it "does not want to depose Plaintiff without" these records.[42] In his supplemental responses to RFP Nos. 8, 14, and 15, the plaintiff stated that responsive documents were being produced "herewith," but Reddit contends that no new documents were produced.[43]

In response, the plaintiff says that he will investigate whether any responsive documents were inadvertently omitted from his production and produce any non-privileged documents that were left out.[44] He objects to the requests to the extent they seek "unrestricted financial, subsequent-employment, tax, or medical records" and argues that the requests implicate "substantial privacy interests[.]"[45] He offers to meet and confer concerning (1) reasonably tailored categories of documents, (2) appropriate date limitations, (3) redaction of irrelevant personal information, and (4) production subject to an appropriate protective order.[46]

As reasoned above, the plaintiff waived his objections to Reddit's first set of requests for production by serving late responses; that waiver extends to his privacy interests in the documents requested by RFP Nos. 8, 14, and 15. *Richmark*, 959 F.2d at 1473.

Reddit's motion to compel is granted. Within two weeks of this order, the plaintiff must produce all responsive documents to RFP Nos. 8, 14, and 15, including any inadvertently-omitted documents from its supplemental production. The plaintiff may designate any produced documents as appropriate under the protective order.[47] The plaintiff also must, in response to each request, (1) identify all responsive documents by Bates number and (2) confirm that production is complete. If no additional responsive documents are found following a reasonable search, the plaintiff must confirm this in his response.

---

[41] Ex. A to Sharma Decl. – ECF No. 40-2 at 6–8.

[42] July 31, 2026, Letter Br. – ECF No. 40 at 2.

[43] Sharma Decl. – ECF No. 40-1 at 5 (¶ 21); Ex. J to *id.* - ECF No. 40-2 at 93, 96–98; July 31, 2026, Letter Br. – ECF No. 40 at 2.

[44] Aug. 4, 2026, Letter Br. – ECF No. 43 at 3.

[45] *Id.* at 3–4.

[46] *Id.* at 4.

[47] *See generally* Protective Order – ECF No. 11.

United States District Court
Northern District of California

### 4.3 Supplemental Response to RFP No. 18

RFP No. 18 requests all copies of the plaintiff's resumes from 2018 to the present.[48] The plaintiff has only produced a copy of his current resume in response to the request.[49] He represents that no other versions of his resume exist, but has not confirmed this in writing.[50]

The plaintiff is not required to create documents that do not already exist to satisfy his discovery obligations. Fed. R. Civ. P. 34. But the plaintiff is required to conduct a reasonable search for responsive documents and produce any that do exist. *Id.* Within fourteen days of this order, the plaintiff must serve a supplemental response to RFP No. 18 that identifies all existing copies of his resume from 2018 through the present, and he must produce all such existing copies with that response. If, after a reasonable search, the plaintiff confirms that no other versions of his resume exist, the plaintiff must confirm this in his response.

## 5. Privilege Log

The plaintiff has not produced a privilege log despite withholding documents on the basis of various privileges: attorney-client, work-product doctrine, physician-patient, and psychotherapist-patient.[51] Reddit contends that the plaintiff represented that he would provide a privilege log by July 24, 2026; none was served by that date.[52] The plaintiff responds that the privilege log "remains in preparation" but does not provide a date by which he intends to serve it.[53]

A party that withholds information on the basis of privilege must substantiate its privilege claims. Fed. R. Civ. P. 26(b)(5). The court's standing order requires production of a privilege log

[48] Ex. A to Sharma Decl. – ECF No. 40-2 at 8.

[49] Ex. J to Sharma Decl. – ECF No. 40-2 at 99 (identifying Vlad_000275).

[50] Sharma Decl. – ECF No. 40-1 at 5 (¶ 22).

[51] *Id.* at 5–6 (¶ 23); Aug. 4, 2026, Letter Br. – ECF No. 43.

[52] July 31, 2026, Letter Br. – ECF No. 40 at 3.

[53] Aug. 4, 2026, Letter Br. – ECF No. 43 at 4.

no later than fourteen days after the party's disclosures or discovery responses are due.[54] This does not preclude the parties from stipulating to a different schedule.

The plaintiff must produce a privilege log for his document production. Within fourteen days of this order, he must serve a privilege log compliant with Paragraph 2.1 of the court's standing order for all documents that have been redacted or withheld on the basis of any privilege. To the extent that the parties have separate disputes regarding the propriety of the plaintiff's privilege assertions, they may raise those disputes with the court via a joint discovery letter brief or a noticed motion. The court declines to rule on any privilege claims ex ante, before the privilege log is served and without briefing on specific disputes.

**6. Subpoena Authorization**

Reddit moves to compel the plaintiff to execute the subpoena authorization so that it may obtain the plaintiff's medical records. It contends that the records sought by the subpoena are directly relevant to the issues in the case: the plaintiff alleges that Reddit terminated his employment as a result of his medical conditions and subsequent leave, and that he suffered and sought treatment for emotional distress related to Reddit's conduct.[55] Reddit further contends that the records sought by the subpoena are records kept in the ordinary course of business, and that the plaintiff has not objected to the subpoena.[56]

The plaintiff opposes Reddit's request to compel his execution of the authorization "in its present form." He contends that the proposed authorization is broader than the medical information relevant to the claims and defenses in the case, and that it would permit disclosure of "privileged, highly sensitive, and unrelated medical information."[57] The plaintiff offers to meet and confer regarding a narrowly tailored authorization or an agreed-upon production procedure that "(1) identifies the specific provider(s); (2) limits the relevant time period; (3) limits disclosure

---

[54] *See* Standing Order.

[55] First Am. Compl. – ECF No. 34 at 1–2 (¶¶ 1–3), 2–5 (¶¶ 15–53).

[56] July 31, 2026, Letter Br. – ECF No. 40 at 4.

[57] Aug. 4, 2026, Letter Br. – ECF No. 43 at 5.

United States District Court
Northern District of California

to the medical conditions actually placed in controversy; (4) excludes unrelated medical information and privileged psychotherapy communications or treatment notes; (5) permits redaction or in camera review of disputed material; (6) limits use of the records to this litigation under an appropriate protective order; and (7) requires the destruction or return of the records after the litigation concludes."[58] The plaintiff also requests that Reddit provide the exact subpoena it intends to serve and its proposed revised authorization for his review.[59]

During the parties' July 22, 2026, meet and confer, the plaintiff represented that he would "get his thoughts" to Reddit on the subpoena authorization by the next day; he did not do so, but his responsive letter brief now has.[60] Given that Reddit has not had the opportunity to respond to the plaintiff's proposed compromise, it would be premature to rule on the dispute now.

Reddit's motion to compel is denied without prejudice as to the subpoena authorization. Within one week of this order, the parties must meet and confer regarding the scope of the authorization. If they are unable to reach agreement, the parties may submit a joint discovery letter brief — one that complies with this court's standing order and the local rules — on the issue, and the court will address it.

### 7. The Plaintiff's Deposition Date

Finally, the court addresses the noticed date for the plaintiff's deposition. While the parties have not briefed the issue, the record shows that Reddit noticed the plaintiff's deposition for August 5, 2026, and the plaintiff failed to confirm the date multiple times.[61] Reddit represents that it intends to re-notice the plaintiff's deposition for September 2, 2026, given the difficulties it has had in obtaining the plaintiff's confirmation and the discovery deficiencies addressed above.[62]

---

[58] *Id.* (cleaned up).

[59] *Id.*

[60] July 31, 2026, Letter Br. – ECF No. 40 at 3; Aug. 4, 2026, Letter Br. – ECF No. 43 at 5.

[61] July 31, 2026, Letter Br. – ECF No. 40 at 3; Sharma Decl. – ECF No. 40-1 at 2–3 (¶¶ 3, 8).

[62] Sharma Decl. – ECF No. 40-1 at 6–7 (¶ 28).

United States District Court
Northern District of California

To help push the issue forward and prevent a future dispute, within one week of this order, the plaintiff must provide Reddit with all dates in September 2026 that he is available to sit for his deposition.

**CONCLUSION**

This resolves ECF Nos. 40, 41, 42, and 43.

**IT IS SO ORDERED.**

Dated: August 12, 2026

LAUREL BEELER
United States Magistrate Judge